# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL C. PACRAY,<br><br>                                   Plaintiff,<br><br>v.<br><br>SHEA MORTGAGE, INC.; AURORA LOAN SERVICES, LLC; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and DOES 1 -10,<br><br>                                   Defendants. | Case No.  1:09-cv-01942 OWW (GSA)<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE** |

On April 23, 2010, the Court granted Defendants Aurora Loan Services LLC's and Mortgage Electronic Registration Systems, Inc.'s Motion to Dismiss Plaintiff's First Amended Complaint.  The Court gave Plaintiff fifteen (15) to file a second amended complaint to cure the defects in the prior pleadings.  Plaintiff has failed to do so.  In ruling on the Motion to Dismiss, the Court specifically instructed Plaintiff that if she failed to file a timely amended complaint, the case would be dismissed.

As Plaintiff has failed to amend the complaint within the time allowed by the Court, and for the reasons explained in the Court's Order Granting Defendants' Motion to Dismiss First Amended Complaint [doc. no. 31], the Court hereby DISMISSES all claims against Aurora Loan Services LLC and Mortgage Electronic Registration Systems, Inc.WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  **May 13, 2010**                    /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE