UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RACHEL C. PACRAY, an individual, | CASE NO. 1:09-cv-01942-OWW-GSA |
| Plaintiff, | **JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| v. | |
| SHEA MORTGAGE INC., a Business Entity, form unknown; AURORA LOAN SERVICES, LLC, a Business Entity, form unknown; CHICAGO TITLE COMPANY, a Business Entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a Business Entity, and DOES 1 through 50, inclusive, | |
| Defendants. | |

On April 23, 2010, the Court granted the Motion to Dismiss Plaintiff's First Amended Complaint filed by defendants Aurora Loan Services, LLC, and Mortgage Electronic Registration Systems.  In footnote 2 of the Memroandum Decision and Order granting the Motion to Dismiss, the Court held that its ruling applies to the claims asserted against defendant Shea Mortgage, Inc., as well. The Court gave Plaintiff fifteen (15) days to file a second amended complaint to cure the defects in the prior pleadings.  Plaintiff has failed to do so.  In ruling on the Motion to Dismiss, the Court

specifically instructed Plaintiff that if she failed to file a timely amended complaint the case would be dismissed.

As Plaintiff has failed to amend the complaint within the time allowed by the Court, and for the reasons explained in the Court's Memorandum Decision and Order [document no. 31], the Court hereby DISMISSES all claims against Shea Mortgage Inc. WITH PREJUDICE.

IT IS SO ORDERED.

Dated:   **May 26, 2010**                              **/s/ Oliver W. Wanger**
                                                                        UNITED STATES DISTRICT JUDGE